| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 2:14CR00409-001 |
| | DOCKET NUMBER *(Rec. Court)* |
| | 2:20-cr-0024 TLN |

| NAME OF PROBATION/SUPERVISED RELEASEE | DISTRICT |  |  |
|---|---|---|---|
| Cameron Lawson Call | UTAH |  |  |
| | DIVISION |  |  |
| **FILED** Jan 29, 2020 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | CENTRAL |  |  |
| | NAME OF SENTENCING JUDGE |  |  |
| | Clark Waddoups |  |  |
| | DATES OF SUPERVISION TERM | FROM 1/3/2018 | TO Life |

**OFFENSE**

**18 U.S.C. § 2423(b) and (e) Travel with Intent to Engage in Illicit Sexual Content**

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

IT IS HEREBY ORDERED that pursuant to 18 U.S.C.§3605 the jurisdiction of the defendant named above be transferred with the records of the Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

January 23, 2020
Date

*[signature]*
Clark Waddoups
Senior U.S. District Judge

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named defendant be accepted and assumed by this Court from and after the entry of this order.

January 29, 2020
Effective Date

*[signature]*
Troy L. Nunley
United States District Judge