McGREGOR W. SCOTT
United States Attorney
MIRA CHERNICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00024-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE DISPOSITIONAL HEARING |
| v. | |
| CAMERON CALL, | COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through Assistant United States Attorney Mira Chernick, and defendant, by and through Shari Rusk, counsel for defendant, hereby stipulate as follows:

1. The dispositional hearing in this case was originally set for April 2, 2020.

2. By this stipulation, the parties request to continue the hearing to May 28, 2020, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: April 3, 2020                      McGREGOR W. SCOTT
                                                      United States Attorney

                                                      /s/ MIRA CHERNICK
                                                      MIRA CHERNICK
                                                      Assistant United States Attorney

Dated: April 3, 2020                                /s/ SHARI RUSK
                                                    SHARI RUSK
                                                    Counsel for Defendant
                                                    CAMERON CALL

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of April, 2020.

_____
Troy L. Nunley
United States District Judge