| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>MAY 28, 2020<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |
|---|---|

| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAMERON LAWSON CALL,<br><br>　　　　　　Defendant. | Case No.  2:20-CR-00024-01-TLN<br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |
|---|---|

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release CAMERON LAWSON CALL, Case No. 2:20-CR-00024-01-TLN  Charge  18 U.S.C. § 1029(a)(3), from custody for the following reasons:

　　　_____  Release on Personal Recognizance

　　　_____  Bail Posted in the Sum of $ _____

　　　　　_____  Unsecured Appearance Bond $ _____

　　　　　_____  Appearance Bond with 10% Deposit

　　　　　_____  Appearance Bond with Surety

　　　　　_____  Corporate Surety Bail Bond

　　　  X    (Other): Sentenced to TIME SERVED.

Issued at Sacramento, California on May 28, 2020 at 10:10 AM.

By: _____
　　　Troy L. Nunley
　　　United States District Judge